# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 5, 2008

136851 & (77)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LEE CHURCHILL and NANCY
CHURCHILL,
      Plaintiffs-Appellants,

v

J.P. KING AUCTION COMPANY, INC., and
STEVEN L. REESER,
      Defendants-Appellees.

SC: 136851
COA: 274461
Genesee CC: 04-079579-NM

_____/

     On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the April 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     KELLY, J., would grant leave to appeal.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 5, 2008

_____
Clerk

t1029